**Bernard H. GLATZER, Plaintiff–Appellant,**

v.

**BEAR STEARNS & CO., INC., Frank Weisser, and Weisser–Johnson & Co., Defendants–Appellees.**

**Docket No. 02–7857.**

United States Court of Appeals, Second Circuit.

Nov. 20, 2003.

Bernard H. Glatzer, New York, NY, for Appellant, pro se.

David A. Rosenzweig (Gerard G. Pecht, on the brief), Fulbright & Jaworski L.L.P., New York, NY, for Appellees.

Present: MCLAUGHLIN, KATZMANN, Circuit Judges, and SCHEINDLIN,* District Judge.

## SUMMARY ORDER

This cause came to be heard on the record from the United States District

---

* The Honorable Shira A. Scheindlin, of the United States District Court for the District of New York, sitting by designation.

Court for the Southern District of New York, and was submitted by appellant *pro se* and by counsel for appellee.

ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of the District Court be and it hereby is AFFIRMED, substantially for the reasons stated in Judge Duffy's Decision and Order, dated June 18, 2002.

We have considered all of appellant's contentions and have found them to be without merit. The judgment of the District Court is affirmed.